Morton N. C. Foster v. New York and Harlem Railroad Company and Others. — Motion to dismiss appeal granted, with ten dollars costs.

John Hedlund v. Ezra P. Prentice, as Receiver. John Hedlund v. Edward L. Radcliff, Impleaded, etc.— Motions granted, with ten dollars costs, unless appellant complies with conditions stated in orders.

Alice A. Gormly v. Harry H. Gormly.— Motion granted, with ten dollars costs, unless appellant complies with conditions stated in order.

Charles E. Muller and Others, as Executors, etc., v. Thomas W. Evans Museum and Institute Society and Others.— Motion granted, with ten dollars costs, unless appellant complies with conditions stated in order.

Edward W. S. Johnston, as Executor, etc., v. Martin T. Garvey.— Motion granted, with ten dollars costs, unless appellant complies with conditions stated in order.

Clara A. Hotaling v. John W. Hotaling.— Motion to dismiss appeal granted, with ten dollars costs.

John A. Covit v. Tucker Electrical Construction Company. Arthur Gutman v. Henry B. Harris Company.— Applications denied, with ten dollars costs. Orders signed.

Hyman Samelson v. Carrie Mayer.— Motion granted, upon plaintiff filing stipulation that, upon affirmance, judgment absolute shall be rendered against him. Order signed.

J. Coleman Drayton v. Wilbur M. Bates. J. Coleman Drayton v. Franco-American Ferment Company. Frederick A. Thompson v. Brookside Realty Company.— Applications denied, with ten dollars costs. Orders signed.

Frederick A. Thompson v. Brookside Realty Company.—Motion for stay denied, with ten dollars costs.

Viola King v. Frieda Hunt and Others. A. Schwoerer & Sons, Inc., v. Samuel Mandel and Others. The Ranier Company v. Terence P. Smith. Lillie M. Schmitt, as Administratrix, v. Irving Ottenberg and Others.— Applications denied, with ten dollars costs. Orders signed.

Max Karpf v. Louis Borgenicht and Others.— Application granted. Order signed.

Julius Levy v. James P. Brennan. Herman Deri and Others v. Union Bank of Brooklyn.— Applications denied, with ten dollars costs. Orders signed.

In the Matter of Katharine Schnabel, as Administratrix. Lily Noonan v. Press Publishing Company. Charles Schwartz v. The Onward Construction Company.— Motions denied, with ten dollars costs.

John Buckley v. Alfred Beinhauer.— Motion for leave to appeal granted.

Nelson H. Tunnicliff v. William J. Gorman, as Ancillary Administrator.— Motion denied, with ten dollars costs.

Marguerite Smyth, an Infant, etc., v. Isaac Lichtenstein. (2 cases.)— Motions granted.

Abraham Johnson v. Florida East Coast Railway Company and Others.— Motion granted.

Elizabeth McM. Godley v. Crandall & Godley Company and Others.— Motion granted. Settle order on notice.